COMMERCIAL TRUST COMPANY OF NEW JERSEY, executor, &c.,
appellant,

*v.*

LETTIE A. WHITE et al., respondents.

[Decided January 31st, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Fielder, whose opinion is reported in *99 N. J. Eq. 119.*

*Messrs. Fisk & Fisk,* for the appellant.

*Mr. August G. Menge, Mr. Pierre F. Cook* and *Mr. Joseph J. Carissimi,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.  12.